

GABRIEL P. HARVIS
BAREE N. FETT

January 11, 2017

<u>BY ECF</u>
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Rodriguez as mng of N.T. v. City of New York, et al.*, 16 CV 2113 (RJS)

Your Honor:

      I represent plaintiff in the above-referenced civil rights action. The parties hereby write pursuant to the Court's Order dated December 13, 2016, to provide a joint status report as to the Civilian Complaint Review Board's ("CCRB") prosecution of defendant officer John Singh.

      By way of brief background, infant plaintiff, N.T., alleges that on November 13, 2015, NYPD officers violently assaulted her and arrested her without probable cause. On March 22, 2016, plaintiff filed her complaint alleging, *inter alia*, false arrest and excessive force pursuant to 42 U.S.C. § 1983, as well as related claims under New York State law. The matter has been stayed pending the CCRB prosecution of defendant officer Singh since June 13, 2016, with the parties ordered to submit follow-up status reports every sixty days.

      After speaking with Executive Agency Counsel Jonathan Fogel last week, the undersigned has learned that the CCRB prosecution of Officer Singh is expected to go forward on February 28, 2017. Accordingly and pursuant to the Court's December 13th Order, the parties will submit another status report within sixty days, or sooner if circumstances have caused either party to believe the stay is no longer necessary.

Hon. Richard J. Sullivan
Jan. 11, 2017

    I thank the Court for its consideration of this matter.

                                            Respectfully submitted,

                                            Baree N. Fett

cc:    Daniel Oliner, Esq.