

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/17
```

GABRIEL P. HARVIS
BAREE N. FETT

March 13, 2017

**BY ECF**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Rodriguez as m/n/g of N.T. v. City of New York, et al.*, 16 CV 2113 (RJS)

Your Honor:

I represent plaintiff in the above-referenced civil rights action. The parties hereby write pursuant to the Court's Order dated January 12, 2017, to provide a joint status report as to the Civilian Complaint Review Board's ("CCRB") prosecution of defendant officer John Singh.

By way of brief background, infant plaintiff, N.T., alleges that on November 13, 2015, NYPD officers violently assaulted her and arrested her without probable cause. On March 22, 2016, plaintiff filed her complaint alleging, *inter alia*, false arrest and excessive force pursuant to 42 U.S.C. § 1983, as well as related claims under New York State law. The matter has been stayed pending the CCRB prosecution of defendant officer Singh since June 13, 2016, with the parties ordered to submit follow-up status reports every sixty days.

The CCRB trial was held on February 28, 2017 and Executive Agency Counsel Jonathan Fogel advised the undersigned today that a determination may be issued within the next several weeks. In the meantime, the parties have engaged in initial settlement discussions and are hopeful that a resolution may be reached in the interim. Accordingly and pursuant to the Court's January 12th Order, the parties will submit another status report within sixty days, or sooner if circumstances have caused either party to believe the stay is no longer necessary.

Hon. Richard J. Sullivan
March 13, 2017

    I thank the Court for its consideration of this matter.

Respectfully submitted,

Baree N. Fett

MEMO ENDORSED

cc:     Daniel Oliner, Esq.

```
IT IS HEREBY ORDERED THAT the stay in this matter shall continue
through Friday, May 12, 2017.  IT IS FURTHER ORDERED THAT the parties
shall file a status letter no later than May 12, 2017 and every sixty
days thereafter, apprising the Court of the status of the CCRB's
determination and any settlement negotiations.
```

SO ORDERED
Dated: 3/14/17

RICHARD J. SULLIVAN
U.S.D.J.