


**GABRIEL P. HARVIS**
**BAREE N. FETT**

May 12, 2017

<u>BY ECF</u>
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Rodriguez as m/n/g of N.T. v. City of New York, et al.*, 16 CV 2113 (RJS)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. The parties hereby write pursuant to the Court's Order dated March 14, 2017, to provide a joint status report as to the Civilian Complaint Review Board's ("CCRB") prosecution of defendant officer John Singh.

    By way of brief background, infant plaintiff, N.T., alleges that on November 13, 2015, NYPD officers violently assaulted her and arrested her without probable cause. On March 22, 2016, plaintiff filed her complaint alleging, *inter alia*, false arrest and excessive force pursuant to 42 U.S.C. § 1983, as well as related claims under New York State law. The matter has been stayed pending the CCRB prosecution of defendant officer Singh since June 13, 2016, with the parties ordered to submit follow-up status reports every sixty days.

    As was reported in the last status letter, the CCRB trial was held on February 28, 2017. I understand from speaking with the attorney from CCRB today that a decision was rendered from the Board, but we await a final resolution on the matter from NYPD. In the meantime, the parties have engaged in initial settlement discussions, but have not yet reached a settlement agreement. We are hopeful that the matter will be resolved shortly. Accordingly and pursuant to the Court's March 14th Order, the parties will submit another status report within sixty days, or sooner if circumstances have caused either party to believe the stay is no longer necessary.

Hon. Richard J. Sullivan
May 12, 2017

MEMO ENDORSED

I thank the Court for its consideration of this matter.

Respectfully submitted,

Baree N. Fett

cc: Daniel Oliner, Esq.

```
IT IS HEREBY ORDERED THAT the stay in this matter shall continue
through Tuesday, June 12, 2017.  IT IS FURTHER ORDERED THAT the
parties shall file a status letter no later than June 12, 2017, and
every thirty days thereafter, apprising the Court of the status of
this matter and any settlement negotiations.
```

SO ORDERED
Dated: 5/16/17

RICHARD J. SULLIVAN
U.S.D.J.