UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH RODRIGUEZ as mother and
natural guardian of infant N.T.,

                Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

                Defendants.

No. 16-cv-2113 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled matter has been assigned to my docket, and a stay has been in place since June 13, 2016, pending the resolution of the CCRB prosecution of Defendant Officer John Singh. (Doc. No. 10.) On June 12, 2017, Defendants submitted a status update to the Court indicating that the CCRB prosecution is almost complete and a verdict is in draft format. (Doc. No. 22.) Defendants further informed the Court that Plaintiff opposes Defendants request that the stay in this matter be continued. Given the status of the CCRB prosecution and the fact that the stay has been in place for exactly a year, the Court is convinced that the stay is no longer appropriate. Accordingly, IT IS HEREBY ORDERED THAT the stay in this matter is lifted.

    IT IS FURTHER ORDERED THAT Defendant City of New York shall provide Plaintiff with the contact information for Defendant Singh no later than June 16, 2017.

    IT IS FURTHER ORDERED THAT once Plaintiff has received Defendant Singh's contact information, Plaintiff shall serve Defendant Singh with the complaint and summons and file a certificate of service on ECF indicating that service was effected.

IT IS FURTHER ORDERED THAT Defendant City of New York shall answer, or otherwise respond to, the complaint no later than July 5, 2017.

IT IS FURTHER ORDERED THAT the parties shall appear for an initial conference on Wednesday, July 18, 2017 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED THAT, by July 11, 2017, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by July 11, 2017, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

IT IS FURTHER ORDERED THAT once Plaintiff has received Defendant Singh's contact information, she shall serve Defendant Singh with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Defendant Singh shall thereafter file a notice of appearance through ECF.

SO ORDERED.

Dated:    June 13, 2017
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE