UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH RODRIGUEZ as mother and
natural guardian of infant N.T.,

               Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

               Defendants.

No. 16-cv-2113 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/17

RICHARD J. SULLIVAN, District Judge:

    The conference currently scheduled for July 18, 2017 at 11:00 a.m. is adjourned to 4:45 p.m. on the same day. The Court regrets any inconvenience caused by this necessary change.

SO ORDERED.

Dated:     June 28, 2017
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE