UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/17

ELIZABETH RODRIGUEZ as mother and
natural guardian of infant N.T.,

                          Plaintiff,

    -v-

CITY OF NEW YORK *et al.*,

                          Defendants.

No. 16-cv-2113(RJS) (JLC)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

        The above entitled action is referred to Magistrate Judge James L. Cott for the following

purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Disputes

        Purpose: _____

 X  Settlement:  The parties shall contact Magistrate Judge Cott by October 31, 2017 to schedule a settlement conference.

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose: _____

___   Habeas Corpus

___   Social Security

___   Dispositive Motions (i.e., motion requiring Report and Recommendation)

SO ORDERED.

Dated:        July 31, 2017
              New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE