UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELIZABETH RODRIGUEZ as mother and natural guardian of infant N.T.,

                Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

                Defendants.

No. 16-cv-2113 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the July 31, 2017 initial conference, the parties expressed their desire to be removed from the plan for § 1983 cases set forth in Local Civil Rule 83.10.  Accordingly, the Court grants their request and hereby removes this case from the procedures set forth in Rule 83.10.

SO ORDERED.

Dated:     July 31, 2017
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE