

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL H. OLINER**
phone: (212) 356-2329
fax: (212) 356-3509
doliner@law.nyc.gov

October 3, 2017

**BY ECF**
Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:   Rodriguez v. City of New York, et al.
>         16-CV-2113 (RJS)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of the Corporation Counsel, and assigned to represent defendant The City of New York (hereinafter referred to as "Defendant City") in the above-referenced matter. I write on behalf of the parties to respectfully notify the Court that the parties have agreed to settle this matter. The parties are in the process of preparing the necessary paperwork and will forward same to the Court as soon as possible.

   Thank you for your consideration herein.

            Respectfully submitted,

            /s/

            Daniel H. Oliner
            Assistant Corporation Counsel
            Special Federal Litigation Division

cc: Baree Nichole Fett
   Harvis & Fett LLP
   *Attorneys for plaintiff*
   (*via ECF*)