Case 1:16-cv-02113-RJS Document 40 Filed 10/13/17 Page 1 of 1



GABRIEL P. HARVIS
BAREE N. FETT

October 13, 2017

BY ECF & EMAIL (sullivanNYSDchambers@nysd.uscourts.gov)
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/17

Re:   *Rodriguez v. City of New York, et al.*, 16 CV 2113 (RJS)

Your Honor:

   I represent plaintiff in the above-referenced civil rights action. I write to respectfully request a pre-motion conference pursuant to the Court's Individual Rule (2)(A), as plaintiff intends to move this Court for an order granting leave to compromise the infant plaintiff's claims pursuant to Local Civil Rule 83.2.

   Following arms'-length negotiations, the parties reached a settlement agreement on or about September 26, 2017. Pursuant to Rule 83.2, the infant plaintiff's claims cannot be compromised without leave of Court. *See* Local Civil Rule 83.2. If it should please the Court, plaintiff is prepared to submit the full complement of documentation in support of her request. Accordingly, plaintiff respectfully requests that the Court convene a conference to address plaintiff's contemplated motion.

   Thank you for your consideration of this matter.

The infant compromise hearing in this matter shall take place on October 27, 2017 at 3:30 p.m. The parties shall submit the proposed settlement agreement, fee arrangement, and any supporting documents no later than October 19, 2017.

SO ORDERED
Dated: 10/13/17
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

Baree N. Fett

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc