UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH RODRIGUEZ as mother and
natural guardian of infant N.T.,

                 Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

                 Defendants.

No. 16-cv-2113 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff's counsel has submitted proposed redactions to the transcript of the October 27, 2017 infant-compromise hearing held in this case. The Court concludes that the presumption in favor of open records is outweighed by the privacy interests implicated by the redacted material, all of which includes identifying information of the infant N.T. *See United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995). Accordingly, the Southern District of New York Court Reporter is respectfully directed to make the redactions proposed on the attached transcript and publicly docket the redacted version of the transcript only. The Court Reporter is furthermore respectfully directed to make a number of corrections to the transcript as indicated in the attached transcript, which shall be docketed under seal.

SO ORDERED.

Dated:    November 28, 2017
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE