UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELIZABETH RODRIGUEZ as mother and natural guardian of infant N.T.,

                Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

                Defendants.

No. 16-cv-2113 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 27, 2017, the Court held an infant compromise hearing in this matter pursuant to Local Rule 83.2. Having considered the affidavit of Elizabeth Rodriguez, the parent and guardian of the Infant Plaintiff, N.T. (Doc. No. 43-3), the revised declaration of Baree N. Fett, attorney for Plaintiff (Doc. No. 43), the proposed settlement agreement (received by email on October 19, 2017), and the testimony at the hearing, the Court found that the settlement is fair and reasonable and that the best interests of the Infant would be served by approval of the revised proposed settlement. *See Mateo v. United States*, No. 06-cv-2647 (KNF), 2008 WL 3166974, at *2 (S.D.N.Y. Aug. 6, 2008); *see also* Local Civ. R. 83.2(a); New York Judiciary Law ("NY Jud. Law") § 474; New York Civil Practice Law and Rules ("CPLR") §§ 1205–08. The Court issued an infant compromise order on November 1, 2017. (Doc. No. 44.) On January 25, 2018, the Court received a letter from Plaintiff indicating that the bank initially designated to hold the Infant's account is unable to do so and requesting that the Court modify the order to designate a different bank to accept the funds. (Doc. No. 45.)

Accordingly, IT IS HEREBY ORDERED THAT paragraph four of the Court's November 1 order is amended to read as follows:

*(4) of the $90,000 paid, an amount of $59,651.11 shall be made payable to the Parent on behalf of the Infant, to be deposited in an interest-bearing account at the Chase Bank located at 1307 Castle Hill Avenue, Bronx, New York 10462 (the "Bank") and held for the sole use and benefit of the Infant in an account paying the highest rate of interest available, until the Infant Plaintiff reaches the age of eighteen years, or as further ordered by the Court;*

In all other respects, the Court's November 1, 2017 order will remain in effect and unchanged.

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 50.

SO ORDERED.

Dated:   January 25, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE